THE STATE v. HERMAN BROWN, Appellant.

Division Two, November 19, 1907.

**NO BILL OF EXCEPTIONS.** Where no bill of exceptions is filed, and the record proper is free from error, the judgment will be affirmed.

Appeal from Dade Circuit Court.—*Hon. L. W. Shafer,* Judge.

AFFIRMED.

*Herbert S. Hadley,* Attorney-General, and *Rush C. Lake,* Assistant Attorney-General, for the State.

GANTT, J.—The defendant was prosecuted in the Dade Circuit Court for an assault with intent to ravish. He was duly arraigned, tried and convicted and sentenced to the penitentiary for three years. He appealed to this court but filed no bill of exceptions. We find no error in the record proper, and the information is sufficient, and accordingly the judgment of the circuit court is affirmed.

*Fox, P. J.,* and *Burgess, J.,* concur.